Case 4:16-cv-03141   Document 31   Filed on 01/30/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 30, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JIANJUN DU, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:16-CV-3141 |
| § | |
| THE UNIVERSITY OF HOUSTON AT § | |
| VICTORIA, *ET AL.*, § | |
| § | |
|     *Defendants*. § | |

## MEMORANDUM AND RECOMMENDATION

This case is before the court on defendants' motion to dismiss plaintiff's claim for punitive damages (Dkt. 25).[1] The district court has referred this matter to this magistrate judge for report and recommendation (Dkt. 26).

The only claims remaining in this case are plaintiff's Title VII discrimination claims against defendants. Title VII "precludes plaintiffs from recovering punitive damages against governments, government agencies, and political subdivisions." *Oden v. Oktibbeha Cty., Miss.*, 246 F.3d 458, 465–66 (5th Cir. 2001) (citing 42 U.S.C. § 1981a(b)(1); *see also Bates v. Univ. of Tex. Med. Branch*, 425 F. Supp. 2d 826, 840 (S.D. Tex. 2003). The cases cited by plaintiff are inapposite. *See* Dkt. 28. The defendants in *Rubinstein v. Admin. Of Tulane Educational Fund*, 218 F.3d 392 (5th Cir. 2000) and *Fisher v. Dillard Univ.*, 499 F. Supp. 525 (E.D. La. 1980), were private educational institutions.[2] The court in *Carpenter v. Mississippi Valley State Univ.*, 807 F. Supp. 2d 570, 599 (N.D. Miss. 2011) declined to address the issue of punitive damages at all because the defendants did not brief the issue.

---

[1] Plaintiff's response (Dkt. 28) was not timely filed. *See* Loc. R. S.D. Tex. 7.3, 7.4. Nonetheless, the court considered it.
[2] In addition, *Fisher* was decided prior to the 1991 passage of 42 U.S.C. § 1981a(b)(1).

It is undisputed (and law of the case, *see* Dkt. 15) that defendants The University of Houston at Victoria and the University of Houston System are government agencies within the meaning of 42 U.S.C. § 1981a(b)(1). *See Thomas v. University of Houston*, 155 Fed. App'x 115, 117 (5th Cir. 2005); TEX. EDUC. CODE § 111.01, *et seq.* The court therefore recommends that Plaintiff's claim for punitive damages be dismissed with prejudice. In all other respects, plaintiff's Title VII claim remains pending at this time.

The parties have 14 days from service of this Memorandum and Recommendation to file written objections. Failure to file timely objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See* FED. R. CIV. P. 72.

Signed at Houston, Texas, on January 30, 2018.

_____
Christina A. Bryan
United States Magistrate Judge